DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

BALLARD v. HUNTER
    No. 80 PC.
    Case below: 12 N.C. App. 618.
    Petition for writ of certiorari to North Carolina Court of Appeals denied 4 January 1972.

JARRELL v. SAMSONITE CORP.
    No. 79 PC.
    Case below: 12 N.C. App. 673.
    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 January 1972.

LUMBER CO. v. SURETY CO.
    No. 83 PC.
    Case below: 12 N.C. App. 641.
    Petition for writ of certiorari to North Carolina Court of Appeals denied 4 January 1972.

STATE v. BOYETTE
    No. 95 PC.
    Case below: 13 N.C. App. 252.
    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 January 1972.